UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLASCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEURIG GREEN MOUNTAIN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02766-VC<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE, APPOINTING LEAD PLAINTIFFS, AND APPROVING LEAD COUNSEL**<br><br>Re: Dkt. Nos. 15, 22, 27, 33, 37 |
| EDWARD JAZLOWIECKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEURIG GREEN MOUNTAIN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-03396-BLF   (VC) |
| KAMLESH PATEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEURIG GREEN MOUNTAIN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-03715-WHO   (VC) |

The motions to consolidate cases 15-cv-02766-VC, 15-cv-03396-BLF, and 15-cv-03715-WHO are granted. The lead case will be 15-cv-02766-VC.

Under the PSLRA, a court presumes that the lead plaintiff in a securities class action should be the moving person or group that has the largest financial stake in the case and otherwise satisfies Rule 23. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Here, the movants primarily disagree about

the class period the Court should use to determine who has the largest financial stake.  Two potential lead plaintiffs, Arkansas Public Employees' Retirement System and Asbestos Workers Philadelphia Pension Fund, urge the Court to use the class period alleged in the Blasco Complaint – February 4, 2015 through May 14, 2015.  Movants Jessica Lee, Alan Schlussel, and Lawrence E. Wilder assert that the Court should use the longer class period alleged in the Patel Complaint – November 19, 2014 through August 5, 2015.  Reviewing the complaints at this early stage of the case, the Court finds that longer period alleged in the Patel Complaint is not obviously implausible.  In light of this longer class period, the Lee, Schlussel, and Wilder group has the largest financial stake in the case and is the presumptive lead plaintiff.

The other two movants challenge the appointment of the Lee, Schlussel, and Wilder group on various other grounds, but their papers and their arguments at the motion hearing fail to rebut the presumption that the Lee, Schlussel, and Wilder group is the most adequate lead plaintiff.

The Court appoints the Lee, Schlussel, and Wilder group lead plaintiff and approves Glancy, Prongay & Murray LLP and The Rosen Law Firm, P.A., as co-lead counsel.  The parties should submit a schedule for the filing of a consolidated amended complaint and defendants' response within 7 days of this order.

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
VINCE CHHABRIA
United States District Judge